# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ROMELL TRESVAN,        )   No. CV 08-5077-PSG (PLA)
        Petitioner,    )
        v.             )   **JUDGMENT**
MATTHEW MARTELL, Warden, )
        Respondent.    )

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is dismissed with prejudice.

DATED: October 6, 2009

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE